UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4        BROADCAST MUSIC, INC., et al.,

5                    Plaintiffs,                          Case No.  16-cv-02225-EDL

6              v.                                         **ORDER**

7        JAQUELINE MARIA COOPER, et al.,

8                    Defendants.

9

10

11            GOOD CAUSE APPEARING THEREFOR,

            IT IS ORDERED that this case is reassigned to the Honorable **Haywood S. Gilliam, Jr.** in

the **San Francisco** division for all further proceedings.  Counsel are instructed that all future

filings shall bear the initials **HSG** immediately after the case number.

            All dates presently scheduled are vacated and motions should be renoticed for hearing

before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance

deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has

already issued a report and recommendation shall not be rebriefed or noticed for hearing before

the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).

Dated: 5/19/2016

                                             FOR THE EXCUTIVE COMMITTEE

                                             Susan Y. Soong
                                             Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

Copy mailed to party(s).

United States District Court
Northern District of California