JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:    (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc., Paul Simon Music, Universal
Music-Z Tunes LLC d/b/a Universal Music Z Songs,
Forceful Music, Interior Music Corp, Sony/ATV
Songs LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>PAUL SIMON MUSIC;<br>UNIVERSAL MUSIC Z-TUNES LLC<br>d/b/a UNIVERSAL MUSIC Z SONGS;<br>FORCEFUL MUSIC;<br>INTERIOR MUSIC CORP.;<br>SONY/ATV SONGS LLC,<br><br>          Plaintiffs,<br>   v.<br><br>JACQUELINE MARIA COOPER and<br>PETER COOPER, each individually,<br><br>          Defendants. | Case No. 3:16-cv-02225-HSG<br><br>JOINT NOTICE OF SETTLEMENT AND<br>REQUEST TO TAKE JULY 19, 2016<br>SCHEDULING CONFERENCE OFF<br>CALENDAR<br><br>Assigned for All Purposes To:<br>Hon. Haywood S. Gilliam, Jr. |

**TroyGould**
**PC**

03202-0052  283578.2

1    Plaintiffs Broadcast Music, Inc., Paul Simon Music, Universal Music-Z Tunes LLC

2   d/b/a Universal Music Z Songs, Forceful Music, Interior Music Corp and Sony/ATV Songs

3   LLC (collectively, "Plaintiffs"), by their attorneys, and Defendants Jacqueline Maria

4   Cooper and Peter Cooper (collectively, "Defendants"), by their attorneys, jointly submit

5   this Notice of Settlement and Request to Take the July 19, 2016 Case Management

6   Conference off calendar.

7    A.    The Parties to this action have jointly reached a settlement in principal of the

8   entire action subject to final documentation.  Plaintiffs' counsel is in the process of

9   preparing the settlement documents.  In light of the foregoing, the parties jointly request

10  that the Court vacate future hearing dates, including the July 19, 2016 Case Management

11  Conference, be vacated.

12   B.    The Parties intend to file a request for dismissal of the action within 45 days.

13   C.    Counsel for Defendants has authorized the use of his electronic signature on

14  this stipulation on 7/11/2016.

15  Dated:  July 11, 2016                     JEFFREY W. KRAMER
16                                            ANNMARIE MORI
                                              TROYGOULD PC
17

18

19                                            By:  /s/ AnnMarie Mori
20                                                 AnnMarie Mori
                                              Attorneys for Plaintiffs
21                                            Broadcast Music, Inc., Paul Simon Music,
                                              Universal Music-Z Tunes LLC d/b/a Universal
22                                            Music Z Songs, Forceful Music, Interior Music
                                              Corp, Sony/ATV Songs LLC

23

24  Dated:  July 11, 2016                     CHRISTOPHER D. SULLIVAN
                                              DIAMOND MCCARTHY LLP
25

26

27                                            By:  /s/ Christopher D. Sullivan
28                                                 Christopher D. Sullivan
                                              Attorneys for Defendants

**TroyGould
PC**

1

1

**[PROPOSED] ORDER**

2

Good cause appearing therefor, pursuant to the stipulation of the parties, the Court

3 take the July 19, 2016 Case Management Conference off calendar.

4

SO ORDERED.

5

6 Dated: _____July 16___, 2016

Hon. Judge Haywood S. Gilliam, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28