1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:    (310) 201-4746

6  Attorneys for Plaintiffs
   Broadcast Music, Inc., Paul Simon Music, Universal
7  Music-Z Tunes LLC d/b/a Universal Music Z Songs,
   Forceful Music, Interior Music Corp, Sony/ATV
8  Songs LLC

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  BROADCAST MUSIC, INC.; PAUL SIMON MUSIC; 13  UNIVERSAL MUSIC Z-TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS; 14  FORCEFUL MUSIC; INTERIOR MUSIC CORP.; 15  SONY/ATV SONGS LLC, 16            Plaintiffs,        v. 17 18  JACQUELINE MARIA COOPER and PETER COOPER, each individually, 19            Defendants. | Case No. 3:16-cv-02225-HSG  JOINT STIPULATION REQUESTING DISMISSAL OF ACTION  Assigned for All Purposes To: Hon. Haywood S. Gilliam, Jr. |

**TroyGould PC**

JOINT STIPULATION REQUESTING DISMISSAL OF ACTION

03202-0052 286577.1

1  Plaintiffs Broadcast Music, Inc., Paul Simon Music, Universal Music-Z Tunes LLC
2  d/b/a Universal Music Z Songs, Forceful Music, Interior Music Corp and Sony/ATV Songs
3  LLC (collectively, "Plaintiffs"), by their attorneys, and Defendants Jacqueline Maria
4  Cooper and Peter Cooper (collectively, "Defendants"), by their attorneys, jointly submit
5  this request for dismissal.

6  A.  The Parties to this action have jointly reached a settlement of all claims and
7      hereby jointly request that the action be dismissed with prejudice.
8  B.  The parties mutually request that this matter be dismissed by stipulation and
9      any future hearing dates be vacated. Good cause exists in light of the fact the
10     parties have entered into a Settlement Agreement resolving all issues relating
11     to this action.
12 C.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Counsel
13     for Plaintiffs and Defendant further stipulate that the claims and causes of
14     action alleged against Defendants are hereby dismissed WITH PREJUDICE,
15     each of the parties to pay their own costs of the action.
16 D.  The parties further stipulate that the Court shall retain jurisdiction to enforce
17     the Settlement Agreement.

1
2  Good cause appearing therefore, the parties stipulate to dismiss this action with
3  prejudice, with the Court to retain jurisdiction to enforce the Settlement Agreement.
4  SO STIPULATED.

5
Dated: October 4, 2016                JEFFREY W. KRAMER
6                                     ANNMARIE MORI
                                      TROYGOULD PC
7

8

9                                     By:  /s/ AnnMarie Mori
                                           AnnMarie Mori
10                                         Attorneys for Plaintiffs

11 Dated: October 4, 2016             CHRISTOPHER D. SULLIVAN
                                      DIAMOND MCCARTHY LLP
12

13

14                                    By:  /s/ Christopher D. Sullivan
                                           Christopher D. Sullivan
15                                         Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

**TroyGould PC**

2
JOINT STIPULATION REQUESTING DISMISSAL OF ACTION

03202-0052 286577.1

**ORDER**

Good cause appearing therefor, pursuant to the stipulation of the parties, this action is dismissed with prejudice, with the Court to retain jurisdiction to enforce the Settlement Agreement.

SO ORDERED.

Dated:  October 4, 2016

_____
Hon. Judge Haywood S. Gilliam, Jr.